LYDIA L. QUERZE, Appellant, *v.* RAOUL QUERZE, Respondent.

Submitted June 14, 1943; decided June 18, 1943.

Motion to reargue motion to amend remittitur denied. (See 290 N. Y. 13, 765.)